Brittany MORROW; Emily Morrow, Minors, In Their Own Right, And By Their Parents and Natural Guardians, Breadley Morrow and Diedre Morrow; Bradley Morrow; Diedre Morrow, Individually, Appellants

v.

Barry BALASKI, Individually; The Blackhawk School District.

No. 11–2000.

United States Court of Appeals, Third Circuit.

July 12, 2012.

Albert A. Torrence, Esq., Beaver, PA, for Appellants.

Charles W. Craven, Esq., Marshall, Dennehey, Warner, Coleman & Goggin, Philadelphia, PA, Scott G. Dunlop, Esq., Teresa O. Sirianni, Esq., Marshall, Dennehey, Warner, Coleman & Goggin, Pittsburgh, PA, for Barry BALASKI, Individually; The Blackhawk School District.

Present: McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., VANASKIE, and NYGAARD [1], Circuit Judges.

### ORDER

THEODORE A. McKEE, Chief Judge.

The Court, *sua sponte*, orders rehearing *en banc* in the above captioned case. It is ordered that the Clerk of this Court list the case for rehearing *en banc* at the convenience of the Court.